In the Matter of EDWARD J. Mc., JR. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EDWARD J. Mc., Appellant. [940 NYS2d 516]

Although the father did not appear at the hearing, the order appealed from was not rendered upon default, as his counsel appeared and participated at the hearing (*see Matter of Elijah P. [C.I.P.]*, 76 AD3d 631 [2010]; *Matter of Newman v Newman*, 72 AD3d 973 [2010]). Accordingly, the father may appeal from the order of fact-finding and disposition (*see Matter of Amber Megan D.*, 54 AD3d 338 [2008]; *Matter of Vanessa M.*, 263 AD2d 542 [1999]; *Matter of Geraldine Rose W.*, 196 AD2d 313 [1994]).

Contrary to the father's contention, the Family Court's determination that he neglected the subject child by virtue of his drug use is supported by a preponderance of the evidence (*see* Family Ct Act § 1012 [f] [i] [B]; § 1046 [a] [iii]; [b] [i]; *Matter of Zaire D. [Benellie R.]*, 90 AD3d 923 [2011]; *Matter of Latrell S.*

*[Christine K.]*, 80 AD3d 618 [2011]; *Matter of Brian W.*, 66 AD3d 791 [2009]; *Matter of Gregory S.*, 39 AD3d 552 [2007]; *Matter of Ayana Jean L.*, 23 AD3d 472 [2005]; *cf. Matter of Anastasia G.*, 52 AD3d 830, 831-832 [2008]). Angiolillo, J.P., Leventhal, Austin and Roman, JJ., concur.